"PLEASE SEE"
EXHIBIT (GRIEVANCE)
THIS IS PROOF THAT THE
GRIEVANCE SYSTEM DOESN'T
WORK FOR INMATES IN THE
LMDC FOR INMATES, AND
THERE IS NO WAY TO "EXHAUST"
ADMINISTRATIVE REMEDIES.

T.E.E