



EXHIBIT-(GRIEVANCE)

## Louisville Metro Department of Corrections

### Inmate Grievance Form

_____
Grievance Number

| Security | | Property | | Use of Force | |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | |

Name  TODD EDMONDS          CIN Number  236200

Housing Assignment  J2-DORM 11          Date  8/25/22

**Brief Statement of Grievance**

I'M FILING THIS GRIEVANCE ON BOTH GRIEVANCE COUNSELOR'S BELL, BROWN AND DIRECTOR JERRY COLLINS. FOR NOT FOLLOWING POLICY IN DEALING WITH GRIEVANCE'S AND ALSO VIOLATING INMATES RIGHTS. I HAVE COPIES OF SEVERAL GRIEVANCES THAT I'VE FILED AND NEVER RECEIVED A RESPONSE TO, ALTHOUGH POLICY STATES I SHOULD HAVE RECEIVED ONE WITHIN (10) WORKING DAYS, NOR DID I RECEIVE AN EXTENSION FOR DELAY. I'VE ALSO HAVE COPIES OF LETTERS I'VE WRITTEN THE DIRECTOR, BOTH FORMER AND PRESENT, BUT NEVER RECEIVED A RESPONSE CONCERNING MY GRIEVANCES. GRIEVANCE COUNSELOR'S BELL AND BROWN ALSO DIRECTOR COLLINS IS VIOLATING INMATES RIGHTS BY DENYING INMATES ACCESS TO THE COURTS, BY NOT FOLLOWING POLICY DEALING WITH THE GRIEVANCE'S. INMATES HAVE TO EXHAUST THEIR ADMINISTRATIVE REMEDY THROUGH THE JAIL'S GRIEVANCE SYSTEM BEFORE BRINGING A COMPLAINT BEFORE THE COURT, ACCORDING TO U.S. DISTRICT JUDGE REBECCA JENNINGS

**Action Requested**

_____
_____
_____

Todd Edmonds 8/25/22

| Grievant Signature | Date | Grievance Counselor | Date |
|---|---|---|---|

### Resolution Response

**Recommendations**

_____
_____
_____
_____
_____
_____

| Supervisor/Staff Signature | Date |
|---|---|

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

| Grievant Signature | Date | Grievance Counselor | Date |
|---|---|---|---|

03-5.02-1  3/11
Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Grievance



## Louisville Metro Department of Corrections

### Inmate Grievance Form

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Security |  | Property |  | Use of Force |  |
| Classification |  | Food Service |  | Administration |  |
| Medical |  | Maintenance |  | Other |  |

Grievance Number _____

Name _____ CIN Number _____

Housing Assignment __J2-Dorm112__ Date __4-25-23__

**Brief Statement of Grievance**

I FILED A GRIEVANCE ON 3/29/23 THAT'S NEARLY A MONTH AGO AND HAVEN'T RECEIVED A RESPONSE. AGAIN POLICY IS NOT BEING FOLLOWED IN DEALING WITH INMATES GRIEVANCES. I WAS TOLD BY THE GRIEVANCE COUNSELOR THAT IT HADN'T BEEN RESPONDED TO BECAUSE THE CHAPLAIN WAS ON VACATION AND HE WOULD HAVE TO RESPOND TO IT. WELL THAT'S NOT THE CASE ANYMORE BECAUSE I'VE SEEN THE CHAPLAIN ON A NUMBER OF OCCASIONS SINCE THEN AND I HAVE YET TO GET A RESPONSE TO MY GRIEVANCE

**Action Requested**

THAT POLICY BE FOLLOWED DEALING WITH INMATES GRIEVANCE

_____ __4/25/23__ _____ _____
Grievant Signature    Date    Grievance Counselor    Date

### Resolution Response

**Recommendations**

_____

_____

_____

_____

_____

_____

_____ _____
Supervisor/Staff Signature    Date

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

_____ _____ _____ _____
Grievant Signature    Date    Grievance Counselor    Date
03-5.02-1 3/11
Original: File    Yellow: Inmate Copy with Response    Pink: Inmate Initial Grievance



## Louisville Metro Department of Corrections

### Inmate Grievance Form

Grievance Number

| | | | | | |
|---|---|---|---|---|---|
| Security | | Property | | Use of Force | |
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | |

Name _Todd Edmonds_     CIN Number _236200_

Housing Assignment _J2-Dorm112_     Date _9-29-23_

**Brief Statement of Grievance**

I AM FILING THIS GRIEVANCE ON DIRECTOR COLLINS AND THE GRIEVANCE COUNSELOR'S FOR VIOLATION MY DUE PROCESS RIGHTS BY NOT FOLLOWING POLICY IN DEALING WITH MY GRIEVANCE. I'VE DONE EVERYTHING POLICY TOLD ME TO DO WHEN FILING MY GRIEVANCE, AND YET I HAVE NOT RECEIVED A RE-SPONSE TO A GRIEVANCE I FILED ON 8/8/23 AGAINST THE MEDICAL DEP'T. POLICY STATES "IF THE TIME LIMIT HAS EXPIRED FOR A RESOLUTION RESPONSE FROM THE GRIEVANCE AND AN EXTENSION FOR DELAY HAS NOT BEEN REQUESTED, THE INMATE SHALL NOTIFY THE DIRECTOR IN WRITING" WHICH I HAVE DID, AND STILL HAVE NOT RECEIVED A RESPONSE FROM MY GRIEVANCE OR THE DIRECTOR. CLEARLY A VIOLATION OF MY DUE PROCESS.

**Action Requested**

I WOULD LIKE TO RECEIVE A RESPONSE FROM MY GRIEVANCE OR THE DIRECTOR TELLING ME SOMETHING, IT'S GOING ON TWO MONTHS

_Todd Edmonds_     9/29/23
Grievant Signature     Date     Grievance Counselor     Date

### Resolution Response
**Recommendations**

_____
_____
_____
_____
_____
_____

Supervisor/Staff Signature     Date

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

Grievant Signature     Date     Grievance Counselor     Date
03-5.02-1 3/11
Original: File     Yellow: Inmate Copy with Response     Pink: Inmate Initial Grievance



## Louisville Metro Department of Corrections

### Inmate Grievance Form

*NO NUMBER*

Grievance Number

*AGAIN POLICY NOT FOLLOWED*

---

### Grievance Appeal to the Director/designee

Please complete this portion of the form, and explain why you are appealing this Grievance to the Director/designee.

ON 9/8/23 I FILED A GRIEVANCE ~~9~~ CONCERNING A GRIEVANCE I HAD FILED ON 9/8/23 GRIEVANCE (9489) WHICH HAS BEING ON TWO MONTHS NOW. AND I HAVE YET RECEIVED A RESPONSE. IN THIS GRIEVANCE I FILED ON 9/8/23, I ASKED THAT POLICY BE FOLLOWED IN DEALING WITH INMATES GRIEVANCE. THE RE-SPONSE I RECEIVED WAS I SHOULD FILE AN ACTION QUEST CONCERNING MY GRIEVANCE NOT GETTING A RESPONSE. AND THERE WAS NO (GRIEVANCE NUMBER PUT ON MY GRIEVANCE) GRIEVANCE POLICY DOE'S NOT STATE ANYTHING ABOUT FILING AN ACTION QUEST. IT STATES I SHOULD RECEIVE A RESPONT IN (10) DAYS AND IF AN EXTENSION FOR DELAY HAS NOT BEEN REQUESTED, THE GRIEVANCE COUNSELOR SHALL CONTACT APPROPRIATE

*SEE ATTACHMENT*

_____    9/19/23
Grievant Signature              Date

---

### Director/designee's Review and Decision

_____
_____
_____
_____
_____
_____
_____

_____    _____
Director/designee's Signature       Date

I have received the final decision of the Director/designee.

_____    _____
Grievant Signature              Date

03-5.02-2  3/11
Original:  File          Yellow:  Inmate Copy with Response          Pink:  Inmate Initial Appeal



## Louisville Metro Department of Corrections

### Inmate Grievance Form

_____
Grievance Number

| Security | | Property | | Use of Force | |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | |

Name _TODD EDMONDS_     CIN Number _236200_

Housing Assignment _J2-DORM 12_     Date _9/8/23_

**Brief Statement of Grievance**

ON 8/8/23 I FILED A GRIEVANCE ON THE MEDICAL DEPARTMENT, AND HAVE YET RECEIVED A RESPONSE TO MY GRIEVANCE. AGAIN POLICY HAVE NOT BEEN FOLLOWED AS USUAL. I WAS SUPPOSE TO HAVE RECEIVED A RESPONSE WITHIN (10) WORKING DAYS, NOR AN EXTENSION FOR A DELAY HAVE I RECEIVED. AGAIN, ANOTHER WAY TO DENY ME ACCESS TO THE COURTS.

**Action Requested**

I WOULD LIKE POLICY TO BE FOLLOWED IN DEALING WITH INMATES GRIEVANCE'S. AND I WOULD LIKE FOR MY GRIEVANCE TO BE FOWARD TO THE DIRECTOR/DESIGNEE FOR REVIEW AS POLICY STATES IT SHOULD BE

_____ 9/8/23 _Brown_ 9/11/23 03-5.02 (I)
Grievant Signature     Date     Grievance Counselor     Date

### Resolution Response

**Recommendations**

this should go on an A/R

_____     _____
Supervisor/Staff Signature     Date

( ) I am satisfied with the recommendation.
( / ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

_____ 9/18/23 _____ 9/18/23
Grievant Signature     Date     Grievance Counselor     Date

03-5.02-1  3/11
Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Grievance



## Louisville Metro Department of Corrections

### Inmate Grievance Form

*"NO NUMBER"*
Grievance Number

*ADMIN POLICY NOT FOLLOWED*

#### Grievance Appeal to the Director/designee

Please complete this portion of the form, and explain why you are appealing this Grievance to the Director/designee.

ON 9/18/23 I FILED A GRIEVANCE ~~AND A~~ CONCERNING A GRIEVANCE I HAD FILED ON 9/8/23, GRIEVANCE (9489) WHICH HAS BEING ON TWO MONTHS NOW, AND I HAVE YET RECEIVED A RESPONSE. IN THIS GRIEVANCE I FILED ON 9/8/23, I ASKED THAT POLICY BE FOLLOWED IN DEALING WITH INMATES GRIEVANCE. THE RESPONSE I RECEIVED WAS I SHOULD FILE AN ACTION QUEST CONCERNING MY GRIEVANCE NOT GETTING A RESPONSE, AN THERE WAS NO (GRIEVANCE NUMBER" PUT ON MY GRIEVANCE) GRIEVANCE POLICY DOE'S NOT STATE ANYTHING ABOUT FILING AN ACTION QUEST. IT STATES I SHOULD RECEIVE A RESPONSE IN (10) DAYS AND IF AN EXTENSION FOR DELAY HAS NOT BEEN REQUESTED, THE GRIEVANCE COUNSELOR SHALL CONTACT APPROPRIATE

SEE ATTACHMENT

Grievant Signature

Date 9/19/23

#### Director/designee's Review and Decision

You have received a response for grievance 9489.

Director/designee's Signature

Date 10-3-23

I have received the final decision of the Director/designee.

Grievant Signature

Date 10/12/23

03-5.02-2  3/11
Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Appeal