ATTACHMENT

STAFF MEMBER. IF NO RESPONSE IS RECEIVED in (3) WORKING DAYS, A COPY OF THE GRIEVANCE SHALL BE FORWARDED TO THE DIRECTOR/DESIGNEE FOR REVIEW. POLICY DO NOT SAY ANYTHING ABOUT FILING AN ACTION REQUEST IF MY GRIEVANCE IS NOT RESPONDED TO AS IT SUPPOSE TO. AGAIN, THIS IS ANOTHER WAY TO DENY ME ACCESS TO THE COURT, AND VIOLATION OF MY RIGHTS



### Louisville Metro Department of Corrections

#### Inmate Grievance Form

_____
Grievance Number

| Security | | Property | | Use of Force | |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | ✓ |

Name _Todd Edmonds_    CIN Number _236200_

Housing Assignment _J2-Dorm12_    Date _9-29-23_

**Brief Statement of Grievance**

I AM FILING THIS GRIEVANCE ON DIRECTOR COLLINS AND THE GRIEVANCE COUNSELOR'S FOR VIOLATION MY DUE PROCESS RIGHTS BY NOT FOLLOWING POLICY IN DEALING WITH MY GRIEVANCE. I'VE DONE EVERYTHING POLICY TOLD ME TO DO WHEN FILING MY GRIEVANCE, AND YET I HAVE NOT RECEIVED A RESPONSE TO A GRIEVANCE I FILED ON 8/8/23 AGAINST THE MEDICAL DEP'T. POLICY STATES "IF THE TIME LIMIT HAS EXPIRED FOR A RESOLUTION RESPONSE FROM THE GRIEVANCE AND AN EXTENSION FOR DELAY HAS NOT BEEN REQUESTED, THE INMATE SHALL NOTIFY THE DIRECTOR IN WRITING" WHICH I HAVE DID, AND STILL HAVE NOT RECEIVED A RESPONSE FROM MY GRIEVANCE OR THE DIRECTOR. CLEARLY A VIOLATION OF MY DUE PROCESS.

**Action Requested**

I WOULD LIKE TO RECEIVE A RESPONSE FROM MY GRIEVANCE OR THE DIRECTOR TELLING ME SOMETHING, IT'S GOING ON TWO MONTHS

_Todd Edmonds_    9/29/23    _Brown_    10/3/23
Grievant Signature    Date    Grievance Counselor    Date

**Resolution Response**

**Recommendations**

Per grievance policy you may not regrieve the same issue within a six month period. We are aware you waiting on response

_____    _____
Supervisor/Staff Signature    10/3/23
Date

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

_____    _____    _____    10/3/23
Grievant Signature    Date    Grievance Counselor    Date
03-5.02-1 3/11
Original: File        Yellow: Inmate Copy with Response        Pink: Inmate Initial Grievance