



**Louisville Metro Department of Corrections**

**Inmate Grievance Form**

_____
Grievance Number

---

**Grievance Appeal to the Director/designee**

Please complete this portion of the form, and explain why you are appealing this Grievance to the Director/designee.

NONE OF THE GRIEVANCES I MENTION WAS RESPONDED TO IN THE GRIEVANCE I FILED ON 9/28/22. AGAIN THE GRIEVANCES I'M SPEAKING OF IS 11/28/22, 12/29/21, 1/17/22. I WAS ASSULTED, I DID NOT RECEIVE PROPER MEDICAL CARE, AND BROKEN GLASS WAS IN MY AND OTHER INMATES MEAL. PLUS THE GRIEVANCE I'M DOING THIS APPEAL ON THERE IS NO GRIEVANCE NUMBER ON IT. THIS CONTINUOUS CORRUTION AND VIOLATION OF INMATES RIGHTS BY THE JAIL GRIEVANCE SYSTEM NEEDS TO STOP

_____     11/5/22
Grievant Signature                         Date

---

**Director/designee's Review and Decision**

_____
_____
_____
_____
_____
_____
_____

_____     _____
Director/designee's Signature              Date

I have received the final decision of the Director/designee.

_____     _____
Grievant Signature                         Date

03-5.02-2  3/11
Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Appeal