

**U.S. Department of Justice**

Office of Justice Programs

*Office for Civil Rights*

---

*Washington, D.C. 20531*

April 13, 2023



*EXHIBIT (B)*

Todd Edmonds (Inmate No. 236200)
Louisville Metro Department of Corrections
400 South 6th Street
Louisville, KY 40202

Re:  *Edmonds v. Louisville Metro Dep't of Corr.* (23-OCR-0130)
Request for Additional Information

Dear Mr. Edmonds:

The Office for Civil Rights (OCR) at the Office of Justice Programs (OJP), U.S. Department of Justice (DOJ), has reviewed your Complaint against the Louisville Department of Corrections (DOC) and requests additional information from you. In your Complaint, you alleged that the DOC engaged in retaliation and discriminated against you based on your race, sex, and disability. Specifically, you alleged that the DOC:

1. Failed to timely respond to several grievances you filed, thereby denying your ability to exhaust administrative remedies through the DOC's internal grievance procedures;

2. Failed to provide you physical accessible housing facilities;

3. Subjected you to racial and sexual harassment; and

4. Denied you general medical treatment.

The OCR has the administrative responsibility for ensuring that agencies receiving financial assistance from the DOJ do not discriminate in the delivery of services based on your race, color, national origin, religion, sex, disability, and age, and, in some cases, sexual orientation and gender identity.

The OCR carefully reviewed your Complaint. First, you alleged that the DOC assigned you to an inaccessible dorm in January and July 2022. During both occasions, you reported that the dormitory lacked accessible grab bars and you fell. You indicated that you received minimal or no medical attention for your injuries. Second, you stated that a DOC correctional officer physical assaulted you, and fellow incarcerated individuals racially harassed and sexually assaulted you. Third, you reported that the DOC engaged in retaliation when you were transferred to a single cell after reporting incidents, which you contended threatened the lives on three incarcerated individuals in April 2022. Although you have filed grievances for each of the

202-514-2000

Todd Edmonds (Inmate No. 236200)
23-OCR-0130
April 27, 2023
Page 2 of 3

incidents outlined above, you alleged that the DOC has failed to substantively respond to your concerns. You believe DOC's systematic failure to substantively respond to your grievances constitutes discrimination.

With respect to your allegation that DOC failed to provide adequate medical treatment for the injuries you sustained while trying to access bathroom facilities, the OCR does not have authority to investigate your claim. The laws OCR enforces require that DOC ensures that individuals with disabilities are provided access to programs, activities, and services through accommodations. These laws do not require DOC to provide general medical care as you have alleged. Because the mere allegation that DOC failed to provide adequate medical treatment is not covered under Title II or Section 504, the OCR is closing this portion of your complaint for failing to state a violation of Title II or Section 504.

For the OCR to proceed with reviewing the remaining allegations of your Complaint, please provide information that is responsive to the questions below. Please include specific details such as dates, times, places, and names when applicable:

1. You mentioned that you were assigned to an inaccessible dormitory in January 2022 and July 2022. Please confirm whether you are <u>currently</u> housed in an inaccessible dormitory.

2. If you are currently housed in an inaccessible dormitory:
   a. When were you first assigned to that dormitory?
   b. Describe how your current dormitory is inaccessible, including any barriers preventing you to ambulate (i.e., to walk; move about).

3. You alleged a DOC correctional officer assaulted you. With as much specificity as you can, please detail the following:
   a. Describe what occurred?
   b. When (i.e., the specific date) did this occur?
   c. For this incident only, how were you treated differently based on your race and/or disability?
   d. Why do you believe the officer's use of force occurred because of your race and/or disability?

4. You alleged that other incarcerated individuals used racial slurs and/or racist names. With as much specificity as you can, please detail the following:
   a. For each incident, describe what occurred?
   b. When (i.e., the specific date(s)) did this occur?
   c. How frequently did the incidents occur?
   d. When did the last incident occur?
   e. When did you report each incident to the DOC?
   f. How did the DOC respond to each reported incident?

Todd Edmonds (Inmate No. 236200)
23-OCR-0130
April 27, 2023
Page 3 of 3

5. You alleged that other incarcerated individuals sexually assaulted you on July 23, 2022.
    a. When did you report this incident to the DOC?
    b. How did the DOC respond to the reported incident?

6. You alleged that you were removed from a medical dormitory in general population in retaliation for filing grievances concerning your medical treatment.
    a. When did this occur?
    b. Why do you believe these actions were retaliatory?

7. You alleged that the DOC failed to timely respond to your grievances.
    a. List the specific grievances in which you did not receive a timely response. Include the following:
        i. The date you filed your grievance;
        ii. The subject matter;
        iii. The status of your grievance; and
        iv. The date you received a DOC response.
    b. Why do you believe the DOC's failure to respond to your grievances in a timely manner is discriminatory based on your race and/or disability?

Please mail the requested information and documentation to the following address and include your OCR complaint number (23-OCR-0130) on your response:

Attention: Erika Westry, Attorney Advisor
Office for Civil Rights
Office of Justice Programs
U.S. Department of Justice
810 7th St. NW
Washington, DC 20531

**If you do not respond within forty-five (45) days from the date of this letter, the OCR will administratively close your Complaint. You may not receive further correspondence from the OCR if this occurs.**

Thank you for contacting the DOJ with your concerns.

Sincerely,

X _Michael L. Alston_

Michael L. Alston
Director
Signed by: MICHAEL ALSTON