

EXHIBIT (C)

BECAUSE POLICY ARE NOT BEING FOLLOWED IN DEALING WITH THE GRIEVANCE SYSTEM. INMATES RIGHTS WILL CONTINUOUSLY BE VIOLATED. THE DENIAL OF PROPER MEDICAL CARE, INMATES BEING ASSULTED BY OFFICERS/STAFF, DISCRIMINATION OF DISABLE INMATES ECT... AND THE FACILITY CONTINUOUSLY BE OPERATED AS A SECRET SOCIETY, WHICH I DON'T THINK THE COMMUNITY OR TAXE PAYERS WOULD APPRECIATE.

To:

4064 HANS POPPE
3700 WESTPORT ROAD
LOUISVILLE, KY, 40242

Todd Edmon Jr. #230200
3/25/22

c/o COURIER JOURNAL
P.O.Box 740031
LOUISVILLE, KY, 40201-7431

LOUISVILLE URBAN LEAGUE
535 W. BROADWAY
LOUISVILLE, KY, 40203

1/17/22

AMBER DUKE (DEPUTY DIRECTOR)
A.C.L.U OF KENTUCKY
325 W. MAIN STREET, SUITE 2210
LOUISVILLE, KY, 40202

HON. REBECCA B. BOND
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
950 PENNSYLVANIA AVENUE, NW.
4 CON, 9TH FLOOR
WASHINGTON, DC, 20530

1/28/2022

2/29/21

HON. REBECCA GRADY JENNINGS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
601 W. BROADWAY, ROOM 106
GENE SNYDER UNITED STATES COURT HOUSE
LOUISVILLE, KY, 40202

712-7606