| Index Number:   03-5.02 | Title:   Inmate Grievance Procedure |
|---|---|

g.  An inmate filing a grievance concerning an identified staff member shall not suggest a specific form of disciplinary action.

h.  The Grievance Counselor may reject a grievance that does not comply with the grievance process requirements. A written explanation shall be provided to the inmate concerning the reason for the rejection.

i.  Any inmate may file a grievance to bring a problem to the staff's attention.

j.  An inmate may file a grievance only for themselves.

k.  An inmate may withdraw a previously filed grievance at any time.

2.  Resolution Stage  EXHIBIT E

a.  After the grievance has been properly filed, an attempt to resolve the problem shall be made through informal resolution means. This may involve the Grievance Counselor, department head or facility staff. The resolution stage shall involve inquiries or discussions to attempt to resolve the grievance.

b.  The Grievance Counselor shall determine on a case-by-case basis whether additional information or conversation with more staff is needed. All attempts at the resolution stage of the grievance shall be documented by the Grievance Counselor.

c.  Any witnesses involved shall be requested to provide written documentation.

d.  If possible, affected staff shall gather information, initiate changes where appropriate and respond in writing on the grievance form in the Resolution Response area.

e.  Response to the grievance shall be within ten (10) working days from receipt of the grievance, unless special circumstances require additional attention.

f.  Any changes from the required time frames shall be documented on the grievance with reasons noted for the delay.

g.  The Grievance Counselor shall log the response, make a copy and return the original grievance to the inmate for their signature to verify receipt of a response.

h.  If the inmate refuses to sign, the refusal shall be noted on the form and witnessed by the Grievance Counselor and another staff member.

i.  The inmate shall have five (5) working days after receipt of the resolution response to decide whether to appeal to the next level.

j.  An inmate who does not receive a response within forty-five (45) days from the filing of the grievance shall be allowed to pursue his grievance to the next level of review (within five (5) working days). The inmate shall not be allowed to move to the next level of review if more than fifty (50) days have passed since the filing of the initial grievance.

3.  Appeal to the Director/Designee

a.  If the grievant is not satisfied with the outcome of the resolution response, they may appeal in writing to the Director/designee within five (5) working days after receipt of the resolution response.

b.  The Director/designee shall examine the grievance and make a decision. The Director/designee's decision shall be in writing on the original Inmate Grievance Form (03-5.02-1) and clearly state the reasons for the decision.