| Index Number:  03-5.02 | Title:  Inmate Grievance Procedure |
| --- | --- |

**D.    Repetitious Grievances**                    *EXHIBIT (F)*

1.    An inmate may not regrieve an issue that has been personally grieved within the past six (6) months.

2.    If an inmate files a grievance that is essentially identical to a grievance of another inmate that has been filed and processed through the grievance steps within the past six (6) months, the Grievance Counselor may provide a copy of the Director/designee's previous decision instead of allowing the repetitive grievance to precede through the normal process.

3.    If the Director determines that an inmate or group of inmates has abused the grievance process by filing numerous frivolous or harassing grievances, the Director may limit the number of grievances which may be filed by that inmate or group of inmates. The limit shall be no more than two (2) every ten (10) days for a period of no longer than six (6) months.

**E.    Extension Clause**

1.    If any one (1) inmate files more than five (5) grievances in any one (1) work week, the Grievance Counselor may call a moratorium on the time limits for those grievances.

2.    If more than forty (40) grievances are received by the Grievance Counselor in any one (1) work week, the Grievance Counselor may call a moratorium on the time limits for those grievances. A moratorium may be called only if the processing of these grievances may cause the processing of other filed grievances to be unduly delayed.

3.    If a moratorium is called, the affected grievances shall be processed within a reasonable time, given the other duties of staff involved, and the affected grievant shall be notified in writing by the Grievance Counselor.

**F.    Grievance Counselor**

1.    The Grievance Counselor shall be appointed by the Director after the normal application and interview process has been completed.

2.    The Grievance Counselor shall be responsible for, but not limited to the following:

    a.    Record keeping and distribution, including a written and/or computer log of all grievances submitted for filing and status.

    b.    Follow up of the results of grievances at any level to assure compliance.

    c.    Monitor the grievance process and assure, whenever possible, a resolution of grievances at the lowest level possible, preferably by the staff closest to the problem.

    d.    Ensure compliance with established time limits throughout the process.

    e.    Act as a liason between staff and inmates.

    f.    Forward appeals to the Director/designee's Office.

    g.    Counsel inmates and staff regarding the grievance process.

    h.    Assist any inmates requiring assistance due to mental health, medical or other reasons in the preparation of grievances.

    i.    Document in writing the resolution or action taken to resolve the problem, unless it is medically sensitive and the inmate filing requests no assistance.