

*EXHIBIT (G)*



## Louisville Metro Department of Corrections

### Inmate Grievance Form

_____
Grievance Number

| Security | | Property | | Use of Force | |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | |

Name TODD EDMONDS          CIN Number 236200

Housing Assignment 52-DORM 12          Date 4-10-23

**Brief Statement of Grievance**

I'VE BEEN INCARCERATED IN THE LOUISVILLE METRO DEPARTMENT OF CORRECTIONS FOR MORE THEN "15" MONTHS NOW, AND HAVE NOT BEEN OFFERED OR GIVEN THE OPPORTUNITY TO ATTEND ANY OF THE RELIGIOUS SERVICES THAT HAVE BEEN OFFERED TO 100's OF OTHER INMATE IN THIS FACILITY. I HAVE ASK ON A NUMBER OF OCCASION, BUT NEVER GIVEN THE OPPORTUNITY.

**Action Requested**

THAT I BE ALLOWED TO ATTEND RELIGIOUS SERVICES LIKE EVERY OTHER INMATE MALE/FEMALE

_____ 4-10-23       _____ 4/17/23
Grievant Signature    Date       Grievance Counselor    Date

### Resolution Response

**Recommendations**

_____
_____
_____
_____
_____

_____       _____
Supervisor/Staff Signature          Date

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

_____ 4/24/23    _____ 4/26/23
Grievant Signature    Date    Grievance Counselor    Date

03-5.02-1  3/11

Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Grievance



## Louisville Metro Department of Corrections

### Inmate Grievance Form

9195

Grievance Number

---

### Grievance Appeal to the Director/designee

Please complete this portion of the form, and explain why you are appealing this Grievance to the Director/designee.

FIRST OF ALL, I NEVER SAID I WAS "NON-RELIGIOUS" THATS LIKE CALLING ME A "DEVIL". WHEN ASK MY RELIGIOUS WHEN BEING BOOKED IN THIS JAIL, I SAID WAS NON-DENOMIN-ATION. AND I NEVER TOLD MULTIPLE PEOPLE THAT I WAS NON-RELIGIOUS, "WHO ARE THESE MULTIPLE PEOPLE" I BELIEVE IN "GOD" JUST LIKE ANY OTHER PERSON, IT'S JUST THAT I STUDY SEVERAL BELIEFES BECAUSE I'M IN SEARCH OF TRUTH. MY GRIEVANCE WAS NOT ABOUT RELIGIOUS MATERIAL, IT WAS ABOUT PARTICIPATION IN RELIGIOUS SERVICES. IT IS ALSO A LIE THAT INFORMATION CONCERNING THIS MATTER HAS BEEN GIVEN TO ME MANY OF TIMES, THIS IS THE FIRST TIME I HAVE BROUGHT THIS ISSUE UP, BECAUSE I NEVER KNEW THAT RELIGIOUS SERVICES WAS OFFERED UNTIL RECENT. ON THE OUTSIDE I PARTICIPATED IN (JUDAISM) (ISLAMIC) (CHRISTIAN) ECT... SERVICES BECAUSE I'M IN SEARCH OF TRUTH. NEVER HAVE I NOT BEEN WELCOME, KICKED OUT, BECAUSE I WAS OF NO-DENOMINATION. THIS IS CLEARLY A VIOLATION OF MY RIGHTS,

_____          4-25-23
Grievant Signature                        Date

---

### Director/designee's Review and Decision

Departmental Chaplain is working to provide religious services to inmates in medical housing. He expects this to start in the near future. You will be allowed to attend there services.

_____          5-8-23
Director/designee's Signature             Date

I have received the final decision of the Director/designee.

_____          5/17/23
Grievant Signature                        Date

03-5.02-2  3/11
Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Appeal

| | | | |
|---|---|---|---|
| **Grievance Number** | 00009195 | | |



**Inmate Name**     EDMONDS, TODD EDWARD

**Inmate Number**     00236200

**Grievance Sent To**     DICKERSON, TIMIAH

**Respondant**     DICKERSON, TIMIAH

**Reviewed Dt/Tm**     04/20/2023 12:44

**Summary**

INMATE ALLEGES HE'S BEEN INCARCERATED IN THE LOUISVILLE METRO DEPARTMENT OF CORRECTIONS FOR MORE THEN 15 MONTHS INMATE ALLEGES He's NOT BEEN OFFERED OR GIVEN THE OPPORTUNITY TO ATTEND ANY OF THE RELIGIOUS SERVICES INMATE ALLEGES THAT HAVE BEEN OFFERED TO 100'S OF OTHER INMATE IN THE FACILITY INMATE ALLEGES HE HAS ASK ON A NUMBER OF OCCASION BUT NEVER GIVEN THE OPPORTUNITY.

INMATE REQUEST TO BE ALLOWED TO ATTEND RELIGIOUS SERVICES

**Response**

MR. EDMOND'S RELIGIOUS PREFERENCE IS "NON-RELIGIOUS" AND HE HAS TOLD MULTIPLE PEOPLE THAT HE IS NON-RELIGIOUS. DUE TO LIMITED MEETING SPACE AND A SMALL NUMBER OF RELIGIOUS VOLUNTEERS, RELIGIOUS SERVICES ARE RESERVED FOR INCARCERATED PERSONS WHO IDENTIFY WITH A SPECIFIC RELIGION (EX. ISLAMIC, CHRISTIAN, ETC.) AND WISH TO PRACTICE THAT RELIGION. MR. EDMONDS HAS ALWAYS HAD THE OPPORTUNITY TO REQUEST RELIGIOUS MATERIALS IF HE WISHES TO LEARN ABOUT AND/OR PRACTICE WHICHEVER RELIGION HE WANTS. MR. EDMONDS HAS BEEN GIVEN THIS INFORMATION MANY TIMES AND THIS WILL CONTINUE TO BE AN OPTION FOR HIM AS WELL AS ANY OTHER INMATE AT LMDC.

_____     _____

Officer Signature        Date

_____     _____

Inmate Signature        Date

Given to Inmate Dt/Tm

Grievance Number        00009195



Inmate Name        EDMONDS, TODD EDWARD              Inmate Number        00236200

Appeal Sent To      Llaguno, Gene

Appeal Summary     INMATE APPEALS GRIEVANCE DUE TO THE FACT THAT HE IS NOT SATISFIED WITH THE RESPONSE FROM... FIRST OF ALL I NEVER SAID I WAS NON-RELIGIOUS THAT'S LIKE CALLING ME A DEVIL WHEN ASK MY RELIGIOUS WHEN BEING BOOKED IN THIS JAIL I SAID WAS NON-DENOMINATION AND I NEVER TOLD MULTIPLE PEOPLE THAT I WAS NON-RELIGIOUS " WHO ARE THESE PEOPLE" I BELIEVE IN GOD JUST LIKE ANY OTHER PERSON IT'S JUST THAT I STUDY SEVERAL RELIGIOUS MATERIAL IT WAS ABOUT PARTICIPATION IN RELIGIOUS SERVICES. IT IS ALSO A LIE THAT INFORMATION CONCERNING THIS MATTER HAS BEEN GIVEN TO ME MANY OF TIMES. THIS IS THE FIRST TIME I HAVE BROUGHT THIS ISSUE UP. BECAUSE I NEVER KNEW THAT RELIGIOUS SERVICES WAS OFFERED UNTIL RECENT ON THE OUTSIDE I PARTICIPATED IN JUDAISM ISLAMIC CHRISTIAN ETC SERVICES BECAUSE I'M IN SEARCH  OF TRUTH NEVER HAVE I NOT BEEN WELCOME KICKED OUT BECAUSE I WAS OF NO-DENOMINATION THIS IS CLEARLY A VIOLATION OF MY RIGHTS

Appeal Response     DEPARTMENTAL CHAPLAIN IS WORKING TO PROVIDE RELIGIOUS SERVICES TO INMATES IN MEDICAL HOUSING. HE EXPECTS THIS TO START IN THE NEAR FUTURE. YOU WILL BE ALLOWED TO ATTEND THESE SERVICES

Appeal Respondant    Goodlett, Darrell              Appeal Reviewed Dt/Tm    05/16/2023 00:00

_____        _____

                                                              Date
Inmate Signature


Returned to Inmate Dt/Tm



**Louisville Metro Department of Corrections**

Inmate Grievance Form

9163

Grievance Number

---

### Grievance Appeal to the Director/designee

Please complete this portion of the form, and explain why you are appealing this Grievance to the Director/designee.

THE RESPONSE STATES THERE IS NO RECORD OF YOU PARTICIPATING IN RAMADAN/ ISLAMIC SERVICES IN THE PAST. I NEVER KNEW THAT THERE WAS A RECORD KEPT CONCERNING RAMADAN ECT... IVE ALWAYS THOUGHT THIS WAS SOMETHING KEPT SECRETE BETWEEN YOURSELF AND "GOD". I HAVEN'T BEEN IN JAIL FOR NEARLY "20" YEAR SO HOW COULD THERE BE A RECORD KEPT. THE QURAN TELLS YOU THAT ISLAM GUARANTEES THE FREEDOM OF NON-MUSLIMS TO PRACTICE THEIR FAITH, AND THAT THE NON-MUSLIMS ARE UNDER THE PROTECTION OF ISLAM. IT ALSO TEACHS BROTHERHOOD IN HUMANITY (THIS INCLUDES ALL HUMAN BEINGS). RESPONSE ALSO SAID ONCE I'M MOVED TO GENERAL POPULATION I CAN SIGN UP FOR SERVICES, AGAIN THIS IS SELECTIVELY DISCRIMINATING NOT ONLY AGAINST ME, BUT EVERY INMATE IN THE MEDICAL DORMS. IF SERVICES IS OFFERD TO ONE FLOOR, IT SHOULD BE OFFERD TO EVERY FLOOR.

_Paul Edmonds_
Grievant Signature

_5-4-23_
Date

---

### Director/designee's Review and Decision

Mr Kilkelly's response is sufficied.
In addition Chaplun Whitlow is arranging religious services for those assigned to the medical unit

_Maj [signature]_
Director/designee's Signature

_5-11-23_
Date

I have received the final decision of the Director/designee.

_[signature]_
Grievant Signature

_5/16/23_
Date

03-5.02-2  3/11
Original: File                Yellow: Inmate Copy with Response                Pink: Inmate Initial Appeal



**Louisville Metro Department of Corrections**

**Inmate Grievance Form**

Grievance Number

| Security | | Property | | Use of Force | |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | |

Name __TODD EDMONDS__          CIN Number __236200__

Housing Assignment __J2-DORM 12__     Date __3/29/23__

**Brief Statement of Grievance**

TODAY I SPOKE WITH THE CASE WORKER ABOUT SIGNING UP FOR THE MUSLIM HOLIDAY (RAMADAN) SHE TOLD ME THAT IF I WAS NOT A MUSLIM I COULD NOT PARTICIPATE, ALTHOUGH I PARTICIPATED FOR (3) YEARS. SHE TOLD ME SOMETHING I DID NOT KNOW, AND THAT WAS THAT THE RAMADAN WAS HELD LAST YEAR (2022). I'VE BEEN HELD IN THIS FACILITY SINCE THE YEAR OF (2021) AND HAVE YET GIVEN THE OPPORTUNITY TO PARTICIPATE IN ANY RELIGIOUS SERVICE, RATHER IT BE ISLAM, CHRISTIANITY, JUDAISM ECT... BUT THERE ARE SO MANY OTHER INMATES WHO HAVE BEEN GIVEN THIS OPPORTUNITY. THE CASE WORKER WHEN ON TO DESCRIBE ISLAM AS A CULT OF SOMETHING, BY SAYING MUSLIM WOMEN ARE NOT ALLOW TO PARTICIPATE IN THE (RAMADAN), CLEARLY SHE DON'T KNOW ANYTHING ABOUT ISLAM. SHE TOLD ME THAT SOMEONE NAME DICKERSON, AND CHAPLAIN WHITLOW SAID, THAT I HAD TO MAKE A CHOICE IN WHAT BELIEF I CHOOSE. I HAVE THE RIGHT TO STUDY ANY BELIEF I WANT, I DON'T HAVE TO MAKE A CHOICE, I'M IN SEARCH.

**Action Requested**

THAT MYSELF AND ANY OTHER INMATE HAVE THE RIGHT TO PARTICIPATE IN ANY RELIGIOUS BELIEF WE CHOSE, WITHOUT HAVING TO MAKE A CHOICE, "GOD" IS "GOD" OF ALL PEOPLE, RATHER IT'S CHRISTIANITY, ISLAM ECT... AND THAT ALL INMATES BE ALLOW THE RIGHT TO PARTICIPATE IN RELIGIOUS SERVICE

_Grievant Signature_     __3/29/23__     _Grievance Counselor_     __4/4/23__
Grievant Signature      Date       Grievance Counselor      Date

- - -

**Resolution Response**

**Recommendations**

_____

_____

_____

_____

_____

_____

Supervisor/Staff Signature                    Date

( ) I am satisfied with the recommendation.
(✓) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

_Grievant Signature_     __5/2/23__     _____     _____
Grievant Signature       Date        Grievance Counselor        Date

03-5.02-1 9/11

Original: File          Yellow: Inmate Copy with Response          Pink: Inmate Initial Grievance



| | |
|---|---|
| Grievance Number | 00009163 |

| | | | |
|---|---|---|---|
| Inmate Name | EDMONDS, TODD EDWARD | Inmate Number | 00236200 |

Appeal Sent To      Goodlett, Darrell

Appeal Summary      INMATE APPEALS GRIEVANCE DUE TO THE FACT THAT HE IS NOT SATISFIED WITH THE RESPONSE FROM M KILLKELLY... THE RESPONSE STATES THERE IS NO RECORD OF PARTICIPATING IN RAMADAN ISLAMIC SERVICES IN THE PAST. I HAVE NEVER KNEW THAT THERE WAS A RECORD KEPT CONCERNING RAMADAN ETC... I'VE ALWAYS THOUGHT THIS WAS A RECORD KEPT SECRET BETWEEN YOURSELF AND "GOD" I HAVEN'T BEEN IN JAIL FOR NEARLY "20" YEARS SO HOW COULD THERE BE A RECORD KEPT. THE QURAN TELLS YOU THAT ISLAM GUARANTEES THE FREEDOM OF NON MUSLIMS TO PRACTICE THEIR FAITH AND THAT SLAM NON- MUSLIMS ARE UNDER THE PROTECTION OF ISLAM IT ALSO TEAHES BROTHERHOOD IN HUMANITY THIS INCLUDES ALL HUMAN BEINGS RESPONSE ALSO SAID ONCE I'M MOVED TO GENERAL POPULATION I CAN SIGN UP FOR SERVICES. AGAIN THIS IS SELECTIVITY DISCRIMINATION NOT ONLY AGAINST HIM BUT EVERY INMATE IN THE MEDICAL DORM. IF SERVICE IS OFFERED TO ONE FLOOR IT SHOULD BE OFFERED TO EVERY FLOOR

Mrs Kilkelly's response is sufficient

Appeal Response      In addition Chaplain Whitlow is arranging religious services for those assigned in medical unit

Appeal Respondant      Goodlett, Darrell                    Appeal Reviewed Dt/Tm      05/11/2023 00:00

_____      _____

Inmate Signature                                          Date

Returned to Inmate Dt/Tm

| | | |
|---|---|---|
| Grievance Number | 00009163 | |



| | | Inmate Name | EDMONDS, TODD EDWARD |
|---|---|---|---|
| Inmate Number | 00236200 | Grievance Sent To | KILKELLY, Meagan |
| Respondant | KILKELLY, Meagan | Reviewed Dt/Tm | 04/24/2023 14:14 |

**Summary**

INMATE ALLEGES HE SPOKE WITH THE CASE WORKER ABOUT SIGNING UP FOR THE MUSLIM HOLIDAY (RAMADON) INMATE ALLEGES SHE TOLD ME THAT IF HE WAS NOT A MUSLIM HE COULD NOT PARTICIPATE. INMATE ALLEGES ALTHOUGH HE PARTICIPATED FOR 30 YEARS SHE TOLD HIM HE DID NOT KNOW AND THAT WAS RAMADON WAS HELD LAST YEAR IN 2022. INMATE ALLEGES HES BEEN HELD IN THIS FACILITY SINCE 2021 AND HAVE YET BEEN GIVEN THE OPPORTUNITY TO PARTICIPATE IN ANY RELIGIOUS SERVICE RATHER IT BE ISLAM CHRISTIANITY JUDAISM ECT... BUT THERE ARE MANY OTHER INMATE S WHO HAVE BEEN GIVEN THIS OPPORTUNITY. INMATE ALLEGES THE CASE WORKER WHEN ON TO DESCRIBE ISLAM AS A CULT OR SOMETHING BY SAYING MUSLIM WOMEN ARE MOT ALLOWED TO PARTICIPATE IN THE RAMADON CLEARLY SHE DON'T KNOW ANYTHING ABOUT ISLAM. INMATE ALLEGES SHE TOLD HIM SOMEONE NAMED DICKERSON AND CHAPLIN WHITLOW SAID THAT HE HAD TO MAKE A CHOICE IN WHAT BELIEF I CHOOSE I HAVE THE RIGHT TO STUDY ANY BELIEF I WANT I DON'T HAVE TO MAKE A CHOICE I'M IN SEARCH.

INMATE ALLEGES THAT HIMSELF AND ANY OTHER INMATE HAVE THE RIGHT TO PARTICIPATE IN ANY RELIGIOUS BELIEF WE CHOOSE

**Response**

Your religious preference at booking was marked "non-religious". There is no record of you participating in Ramadan/Islamic services in the past, so it is standard for a person to be denied in this situation. I have discussed your statements with the caseworker. Once you are moved to general population you can sign up for services surrounding education (Talim - Sunday) to learn more about the Muslim faith. At the direction of our Islamic services provider, services such as Jumah and Ramadan are considered holy and reserved only for our Muslim residents.

_____     _____
Officer Signature             Date

_____     _____
Inmate Signature             Date

Given to Inmate Dt/Tm