# UL Health

**ULH University of Louisville Hospital**

530 S. Jackson Street
Louisville, KY 40202-1675

| | | | | |
|---|---|---|---|---|
| Patient: | **EDMONDS, TODD EDWARD** | | DOB: | 2/25/1962  63 years    Male |
| MRN: | T000613915 | | Account #: | T2520952300 |
| Admit: | 10/1/2025 | 09:52 EDT | Discharge: | |
| Admitting: | PEREZ RUIZ,CARLOS M,MD-ANS | | Attending: | PEREZ RUIZ,CARLOS M,MD-ANS |
| | | | Copy to: | SMITH,ELAINE M,NP-INT |

## *Clinic Notes*

DOCUMENT TYPE:
RESULT STATUS:
SIGNED INFORMATION:

*EXHIBIT (H)*

Progress Notes - Clinic
Auth (Verified)
PEREZ RUIZ,CARLOS M,MD-ANS (10/1/2025 11:12 EDT)

### Chief Complaint
neck pain

### History of Present Illness
62 yo male with h/o Hep C and DM presents to clinic with neck pain. Reports pain started 1 year ago after fell in jail. Pain located axially with radiation to shoulders, does not pass his arms. Pain achy and worse with extension. Also pain with ROM. He went to PT and recommended injections. Tylenol dos not provide relief. Denies fever n/v, sob, bowel or bladder issues. weakness. had MRI and EMG in past.

1/19/24: Patient presents for follow up visit due to neck and chronic myofascial pain. Patient reports the injections helped and started to wear off in the last few days. Patient had trigger points injections today with adequate relief. We would schedule a right cervical medial branch block under fluoroscopy C2, C3, C4 levels. Patient with Cervical MRI with facet arthropathy and clicking sounds on head turning. Pain is elicited on evaluation and NO RADICULAR PAIN.

4/3/2024: Right C2, C3, C4 medial branch block injections

9/27/2024: Patient presents today for follow-up. He states that he got significant relief after the medial branch blocks that lasted for approximately 1 to 2 months. However he has noticed the pain has gotten worse in the last few weeks and notes it to be bilateral. He endorses a lot of cracking/crunching with active range of motion of the neck. He states he also got significant relief from the trigger point injections in the past. Asked patient if he was taking his gabapentin, tizanidine, amitriptyline and patient states that the correctional facility is not giving him any of his oral medications and he is requesting a return of prescription. He states he will have pain that goes from his neck into his head to cause a headache and into his shoulders. He states that it does not come down into his hands. He denies dropping anything. He is complaining of left phantom limb pain in his lower extremity that was improved when he was taking gabapentin. He states that the phantom limb pain is very prominent at this time.

11/19/24: Medial branch nerve blocks to bilateral facet joints cervical levels C2, C3, C4

1/31/25: Patient presents for follow-up. He still has not received any of his medications that we prescribed and re-prescribed; he reports that the medical director told him that we will have to write for them again. His pain is poorly controlled at this time, but he reports excellent relief with both TPI and MBB that

### Problem List/Past Medical History
**Ongoing**
Amputation stump pain
Back pain
Chronic pain syndrome
Diabetes
History of left above knee amputation
Hypertension
MRSA (methicillin resistant Staphylococcus aureus)
Total knee replacement status
VRE (vancomycin resistant enterococcus) culture positive

### Procedure/Surgical History
- Decompression Ulnar Nerve (Left) (03/14/2023)
- Amputation Above Knee (04/03/2020)
- DETACHMENT AT LEFT UPPER LEG, LOW, OPEN APPROACH (04/03/2020)
- EXCISION OF LEFT LOWER LEG MUSCLE, OPEN APPROACH (03/23/2020)
- TRANSFER LEFT LOWER LEG MUSCLE, OPEN APPROACH (03/23/2020)
- Creation Myocutaneous Flap Lower Extremity (03/20/2020)
- Wound Debridement Lower Extremity (03/13/2020)
- EXCISION OF LEFT LOWER LEG MUSCLE, OPEN APPROACH (03/13/2020)
- REPLACE L LOW LEG SKIN W NONAUT SUB, FULL THICK, EXTERN (02/10/2020)
- Creation Muscle Flap Lower Extremity (02/06/2020)
- Wound Debridement Lower Extremity (01/31/2020)
- EXTRACTION OF L LOW LEG SUBCU/FASCIA, OPEN APPROACH (01/31/2020)
- TRANSFER LEFT LOWER LEG MUSCLE, OPEN APPROACH (01/31/2020)

# ULH University of Louisville Hospital

Patient: **EDMONDS, TODD EDWARD**          DOB/Age/Sex: 2/25/1962    63 years        Male
MRN:    T000613915                              Account #:    T2520952300

## Clinic Notes

we have done previously.

10/01/25: Patient presents for follow up. Patient with neck pain has worsened since last visit. Patient brought MRI Cervical WO contrast showing spondylosis, neuroforaminal stenosis, degenerative disc disease (bulging discs) and reports radiculopathy symptoms. We would like to schedule a Cervical Epidural Steroid Injection under fluoroscopy. Will add Norco 5/325 mg orally daily PRN for severe pain, adjust gabapentin 600 mg orally TID. Will send a referral to Dr. Emily Sieg, Neurosurgery.

### Review of Systems
12-point ROS grossly negative except as noted in above HPI
No significant changes [X]

### Physical Exam
#### Vitals & Measurements

| Vitals Signs (last 24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Periph HR | 86 | (OCT 01 10:10) | 86 | (OCT 01 10:10) | 86 | (OCT 01 10:10) |
| Resp Rate | 16 | (OCT 01 10:10) | 16 | (OCT 01 10:10) | 16 | (OCT 01 10:10) |
| SBP | H 178 | (OCT 01 10:10) | H 178 | (OCT 01 10:10) | H 178 | (OCT 01 10:10) |
| DBP | H 113 | (OCT 01 10:10) | H 113 | (OCT 01 10:10) | H 113 | (OCT 01 10:10) |
| SpO2 | 97 | (OCT 01 10:10) | 97 | (OCT 01 10:10) | 97 | (OCT 01 10:10) |

### Pain Score
Pain Intensity: 10 (10/01/25 10:10:00)
Pain Location: Generalized (10/01/25 10:10:00)

General appearance: Well appearing, in no acute distress, alert.
Psych: Mood and affect appropriate.
Skin: Skin color, texture, turgor normal, no rashes or lesions.
Head/face: Normocephalic, atraumatic.
Neck: Pain to palpation over the cervical paraspinous muscles. Spurling Negative. Pain with neck flexion, extension, or lateral flexion.
Heart: Regular rate and rhythm. No leg edema.
Pulmonary: No labored breathing. No wheezing.
GI: Soft, nontender, and nondistended.
Gait: antalgic on wheelchair

Kemp Test: positive bilateral and concordant (Lumbar Facet Loading)
MSK: s/p L BKA; mostly full ROM of neck with some pain at extremes; 5/5 strength of all muscle groups of BUE

### Diagnoses
1. Cervical spondylosis
2. Myofascial pain
3. DM
4. Chronic pain syndrome
5. Phantom limb pain and left lower extremity

### Assessment
62-year-old male with past medical history of hep C, diabetes, currently

- EXCISION OF LEFT TIBIA, OPEN APPROACH (01/04/2020)
- Wound Debridement Lower Extremity (Left) (01/02/2020)
- EXCISION OF LEFT TIBIA, OPEN APPROACH (12/30/2019)
- gallbladder removed

### Medications
#### Home Medications (9) Active
amLODIPine 10 mg oral tablet 10 mg = 1 Tab, Oral, Daily
atorvastatin 20 mg oral tablet 20 mg = 1 Tab, Oral, At Bedtime
glipiZIDE 10 mg oral tablet 10 mg = 1 Tab, Oral, Daily
hydroCHLOROthiazide 25 mg oral tablet 25 mg = 1 Tab, Oral, Daily
insulin regular 100 units/mL human recombinant injectable solution See Instructions
meloxicam 15 mg oral tablet 15 mg = 1 Tab, Oral, Daily
MetFORMIN (Eqv-Fortamet) 500 mg oral tablet, extended release 500 mg = 1 Tab, Oral, BID
Metoprolol Tartrate 25 mg oral tablet 25 mg = 1 Tab, Oral, BID
tiZANidine 4 mg oral tablet 4 mg = 1 Tab, Oral, Q8H

### Allergies
No Known Allergies

Personal and social history reviewed with no significant changes [_]

### Social History

Alcohol
**Alcohol Use History, Social Habits**Yes
**Alcohol Use in Last Twelve Months**No

Substance Abuse
**Recreational Drug Use History**Yes
**Recreational Drug Use Last 12 Months**No
**Recreational Drug Type**Cocaine, Marijuana/Hashish
**Years of Recreational Drug Use**cocaine last use - over 20 yrs ago, marijuana - last use 2021

Tobacco
**Smoking Status**Former smoker
**Smoking Frequency Within Last 30 Days**Four or less cigarettes per day
**Tobacco Use Within Last Twelve Months**Cigarettes
**Used Tobacco, but Quit**Yes
**Month Tobacco Last Used**last smoked in 2021

# ULH University of Louisville Hospital

Patient: **EDMONDS, TODD EDWARD**               DOB/Age/Sex:   2/25/1962     63 years        Male
MRN:    T000613915                                        Account #:    T2520952300

---

## Clinic Notes

incarcerated, left BKA presents to the clinic with neck pain.
**Plan**
1. Will recommend scripts for: gabapentin 600mg TID, amitriptyline 25mg QHS, tizanidine 4mg Q8 PRN, Add Norco 5/325 mg orally daily PRN for severe pain
2. We performed  TPI in the neck today with lidocaine/kenalog 40 mg
3. RTC in 3 months
4. Referral to Neurosurgery Dr. Sieg
5. Schedule Cervical Epidural Steroid Injection under fluoroscopy

Given the patient's symptoms, examination findings, imaging results noted above, I discussed the utility of proceeding with a **Cervical Epidural Steroid Injection C7-T1 under fluoroscopic guidance**. Using an anatomical model, the procedure, as well as its potential risks, benefits, and reasonable alternatives were discussed in detail.  Discussed risks of the procedure included but are not limited to bleeding, infection, allergic reaction, nerve damage, hematoma formation, abscess formation, failure of the pain to improve and potential worsening of the pain.

Since this patient has failed at least 6 weeks of conservative measures including over-the-counter pain medications, prescription medications, physical therapy and a home exercise program it is reasonable to proceed with the above injection.  The patient verbalized understanding to the potential risks, benefits, and reasonable alternatives to the above injection and wishes to proceed.  The response will help to further determine our recommended treatment plan.

*Electronically Signed  on10/01/2025 11:12 EDT*
*PEREZ RUIZ, CARLOS M, MD-ANS*

### Lab Results

**Labs Last 30 Days**

No qualifying data available.
No qualifying data available.
**Hematology**
No qualifying data available.

### Diagnostic Results

**Rad Results Last 3 months**
No Radiology Results Found