FILED
JAMES J. VILT, JR. - CLERK

APR 2 9 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## AFFIDAVIT

I, *TODD E. EDMONDS*                      , the Affiant do hereby, depose, swear and confirm that the following statements made under the penalty of perjury, are true and correct to the best of my knowledge and abilities.

I DID FILE A GRIEVANCE AFTER MY FIRST FALL 1/27/22 CONCERNING HIS MEDICAL AND SAFETY AND ACCESSIBILTY ISSUES ON 1/28/22. I NEVER RECEIVED A RESPONSE OR EVEN A COPY OF THE GRIEVANCE. I WAS NEVER GIVEN THE CHANCE TO EXHAUST MY ADMINISTRATIVE REMEDIES DEALING WITH my HEALTHY AND SAFE, ACCESSIBILTY HOUSING OR MEDICAL ISSUE'S, NO MATTER WHAT STEP'S I TOOK. I EVEN HAD THE U.S DEPARTMENT OF JUSTICE TO INVESTIGATE THE ISSUE'S ABOUT THE JAIL'S GRIEVANCE SYSTEM NOT ALLOWING INMATES TO EXHAUST THEIR ADMINISTRATIVE REMEDIES. THE INVESTIGATION STOPPED ONCE I LEFT THE JAIL. I CONTACTED (HON. REBECCA GRADY JENNING) U.S DISTRICT JUDGE, (WESTERN DISTRICT OF KENTUCKY) (AMBER DUKE) OF THE A.C.L.U AND OTHER AGENCIES ABOUT THE GRIEVANCE SYSTEM NOT ALLOWING INMATES TO EXHAUST THEIR ADMINISTRATIVE REMEDIES SO THAT I COULD FILE A CLAIM IN THE COURTS. I DID FILE GRIEVANCE'S BEFORE FILING MY COMPLAINT BEFORE THIS HONORABLE COURT, BUT WAS NOT ALLOWED TO EXHAUST MY ADMINISTRATIVE REMEDIE'S, BY THE GRIEVANCE SYSTEM IN THE JAIL. I WAS PLACED IN HOUSING THAT WAS NON-HANDICAP ACCESSIBLE BY DEFENDANTS STONE AND HAYDEN, IT TOOK NINE (9) MONTHS TO SEND ME TO THE HOSPITAL AFTER MY FIRST FALL. I WROTE DEFENDANT COLLINS (DIRECTOR OF THE JAIL) ON A NUMBER OF OCCASIONS COMPLAINTING ABOUT NOT BEING

Signature.

THIS AFFIDAVIT IS GIVEN PURSUANT TO TITLE 28 U.S.C. SECTION 1746. See Dickerson v. Wainwright, 626 F.2d 1184 (1980), which held that an affidavit sworn to as true and correct under the penalty of perjury has the full force law and does not have to be verified by a Notary Public to have the same effect.

Affidavits Additional Page(s)

ABLE TO EXHAUST HIS ADMINISTRATIVE REMEDIES, MY LIVING CONDITION, ECT... I NEVER GOT A RESPONSE FROM DEFENDANT COLLINS ON ANY ISSUE I SPOKE OF IN ANY I SPOKE WITH HIM ABOUT IN MY LETTERS. SEE EXHIBIT (D) OF DEFENDANT COLLINS SUMMARY JUDGMENT. MY FAMILY AND FRIEND(S) CONTACTED THE MAYOR'S OFFICE ABOUT MY NON-HANDICAP HOUSING, AND THE MAYOR'S OFFICE CONTACT DEFEND- ANT COLLINS. THE PLAINTIFF IS STILL SUFFERING FROM THE FIRST FALL HE HAD IN JAN, 2022, AND IS STILL SCHEDURE FOR OTHER PROCEDURES TO HIS SPINAL. I WAS NOT GIVEN PHYSICAL THERAPY AS ORDER BY THE OUT-SIDE DOCTOR ON A NUMBER OF OCCASIONS I WAS REMOVED FROM HANDICAP ACCESSIBLE DORMS AND PLACED IN NON-HANDICAP ACCESSIBLE DORM BY DEFENDANTS

#174240
Todd E. Edmonds
Todd E. Edmonds
L. L. C. C
P.O. BOX 6
LAGRANGE, KY, 40031

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TODD E. EDMONDS                                    PLAINTIFF
     V.    CIVIL ACTION NO 3:25-CV-P237-JHM
LOUISVILLE METRO GOVERNMENT ET AL.          DEFENDANTS

AFFIDAVIT

IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS
MOTION FOR SUMMARY JUDGMENT

T. E. E

Case 3:23-cv-00237-JHM    Document 133    Filed 04/29/26    Page 3 of 3 PageID #: 2281

TODD EDMONDS #174240
L.L.C.C
P.O. BOX 6
LAGRANGE, KY, 40031

FILED
JAMES J. VILT, JR. - CLERK

APR 29 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LOUISVILLE KY 400

27 APR 2026 PM 4 L



LEGAL MAIL

CLERKS OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
601 W. BROADWAY, ROOM 106
GENE SNYDER UNITED STATES COURTHOUSE
LOUISVILLE, KY, 40202
40202-224999