FILED

JAMES J. VILT, JR. - CLERK

MAY 21 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## AFFIDAVIT

I, Todd Edmonds _____, the Affiant do hereby depose, swear and confirm that the following statements made under the penalty of perjury was true and correct to the best of my knowledge and abilities. I reside at LUTHER LUCKETT COR. COMPLEX, P.O. BOX 6, LAGRANGE KY, 40031 _____ and I have lived here from APRIL 4, 2024 to PRESENT. And my telephone number is: (_____)-_____-_____.

I DID FILE A GRIEVANCE ON EVERY ISSUE I RAISED IN MY CLAIM. I DID NOT ABANDON THE PROCESS BEFORE COMPLETION OR TRYING TO EXHAUST ADMINISTRATIVE REMEDIES. ONCE NOT RECEIVING A RESPONSE TO SEVERAL GRIEVANCE'S CONCERNING THE ISSUE'S IN MY CLAIM, I DID WHAT GRIEVANCE POLICY TOLD ME TO DO, AFTER (45) DAYS APPEAL IT TO THE DIRECTOR'S BOTH FORMER AND PRESENT, BUT STILL I NEVER RECEIVED A RESPONSE TO MY GRIEVANCE'S. DEFENDANT COLLINS ADMITTED RECEIVING LETTER'S FROM ME CONCERNING THE ISSUE'S IN MY CLAIM BUT NEVER RESPONDED TO THEM. SEE EXHIBIT (D) 3 OF PLAINTIFF'S RESPONSE TO DEFENDANTS SUMMARY JUDGMENT. I WAS NEVER ASK TO PROVIDE ANY DISCOVERY DURING DISCOVERY PHASE BY ANY OF THE DEFENDANT'S. I WAS NOT ABLE TO TAKE ALL THE GRIEVANCE'S I HAD FILED THROUGH THE ENTIRE GRIEVANCE PROCESS. DEFENDANT COLLINS AND PUCKETT BOTH KNEW THAT I HAD ONE-LEG AND NEEDED TO BE HOUSED IN A HANDICAP ACCESSIBLE DORM, BUT FAILED TO EVEN TRY HELP ME. I DID NOT ABANDON MY ADA AND RLUIPA CLAIMS AGAINST ANY DEFENDANT. EACH DEFENDANT I FILE DELIBERATE INDIFFERENCE CLAIMS AGAINST DID PUT ME AT SUBSTANTIAL RISK OF HARM, WHEN THEY KNEW THAT I HAD ONE-LEG. AND THAT I WAS HOUSED IN A DORM

Todd E. EDMONDS
v.
LOUISVILLE METRO GOVERNMENT CT AL.

CIVIL ACTION NO. 3:23-CV-R237-JHM

_Todd Edmonds_
Signature

THIS AFFIDAVIT IS GIVEN PURSUANT TO TITLE 28 U.S.C. SECTION 1746. See Dickerson v. Wainwright, 626 F.2d 1184 (1980), which held that an affidavit sworn to as true and correct under the penalty of perjury has the full force law and does not have to be verified by a Notary Public to have the same effect.

Affidavits Additional Page(s)

THAT WAS NOT HANDICAP ACCESSIBLE, AND DONE "NOTHING" TO TAKE STEPS TO PREVENT HIM POSSIBLY FALLING AND INJURING MYSELF. COLLINS SHOWED DELIBERATELY INDIFFERENT WHEN HE NEVER RESPONDED TO ANY OF THE MANY LETTERS I WROTE HIM ABOUT GRIEVANCE'S NOT BEING RESPONDED TO, BECAUSE HE WAS THE NEXT STEP I HAD TO TAKE, HE IS THE DIRECTOR OVER GRIEVANCE, ABOUT MY HOUSING NOT BEING SAFE, NOT RECEIVING PROPER MEDICAL ECT... COLLINS WAS PERSONALLY PARTICIPATED IN MY HOUSING OR HE SHOULD HAVE, ESPECIALLY AFTER RECEIVING MY LETTER CONCERNING THE ISSUE'S AND RECEIVING A CALL FROM THE MAYOR'S OFFICE CONCERNING MY HOUSING IN NON-HANDICAP DORMS, AND HE STILL TOOK NO ACTION. PUCKETT RECEIVED AN ACTION-REQUEST FROM ME ASK HIM TO PLACE ME IN AN HANDICAP DORM, HE STATED THAT MEDICAL COULD ONLY MAKE SUCH A MOVE, BUT YET, HE NEVER BROUGHT IT TO MEDICAL'S ATTENTION THAT I WAS SEEKING HELP. I NEVER KNEW ABOUT ANY RESTRICTIONS WAS PLACED ON THE MEDICAL FLOOR UNTIL THIS SUMMARY JUDGMENT FROM THE DEFENDANTS. THE FEMALE DORMITORIES ARE ON THE SAME FLOOR AS THE MEDICAL DORMS, THEY DID NOT RECEIVE ANY RELIGIOUS SERVICES AS WELL. EACH AND EVERY DEFEND-ANT ARE NOT ENTITLED TO QUALIFIED IMMUNITY, BECAUSE THEY ALL PLAYED A ROLE IN SHOWING DELIBERATELY IN-DIFFERENT AND OTHER CLAIMS AGAINST THEM. I DID NOT ASK TO BE PLACED IN DORMITORIES THAT WAS NOT HANDICAP ACCESSIBLE, ONLY ASKED FOR HELP FROM DEFENDANTS TO BE REMOVED FROM THEM, AND I LOVE THE CREATOR, AND I DID WANT TO PARTICIPATE IN RELIGIOUS SERVICE, SO I COULD LEARN ABOUT HIM/HER. I'AM A PRO SE AND BECAUSE I DON'T KNOW HOW TO ARTICULATE THE LAW AS A TRAINED ATTORNEY, I DON'T THINK THE SUMMARY JUDGMENTS SHOULD STAND, I THINK A JURY SHOULD DECIDE.

Todd E____

Page **2** of **2**

TODD EDMONDS #174240
C.L.C.C
P.O. BOX 6
LAGRANGE, KY, 40031

LOUISVILLE KY  400

19 MAY 2026 PM 1

FILED

JAMES J. VILT, JR. - CLERK

MAY 21 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CLERKS OFFICE
UNITED STATES DISTRICT COURT
GENE SNYDER UNITED STATES COURT HOUSE
601 W. BROADWAY, ROOM 106
LOUISVILLE, KY, 40202

LEGAL MAIL