**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 03, 2026

Todd Edward Edmonds
Luther Luckett Correctional Complex
P.O. Box 6
LaGrange, KY 40031

Re: Case No. 26-5783
*Todd Edmonds v. Louisville Metro Government, et al*
Originating Case No. 3:23-cv-00237

Dear Sir,

This appeal has been docketed as case number **26-5783** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

This court must determine the appellate fee status of each new appeal. The district court's grant of pauper status at the beginning of the case does not automatically carry over to the appeal. A new determination is necessary.

As the appellant, you are responsible for paying the $605.00 filing fee for this appeal. If you cannot pay the fee in one lump sum, you may file a motion in the district court to proceed on appeal *in forma pauperis* along with a financial affidavit and six-month prison trust account statement to determine if the filing fee should be deducted in installments from your prison trust account, pursuant to 28 U.S.C. § 1915(b). You have until **October 05, 2026** to either pay the appellate filing fee or file the *in forma pauperis* motion with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

If you move for pauper status and the district court subsequently denies that motion, you may renew the motion, along with a financial affidavit and six-month prison trust account statement, in this court within 30 days of that ruling.

At this stage of the appeal, appellee should complete and file the following forms with the Clerk's office by **September 17, 2026**. More specific instructions are printed on each form.

Appellee: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

Appellee counsel will docket pleadings as an ECF filer. Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If counsel has not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Ms. Samantha A. Bevins
Mr. Jason Matthew Tatman

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5783**

TODD EDWARD EDMONDS

Plaintiff - Appellant

v.

LOUISVILLE METRO GOVERNMENT; LIEUTENANT COLONEL JERRY COLLINS; DAVID PUCKETT; MEAGAN KILKELLY; NURSE RENESHA STONE; JERI HAYDEN

Defendants - Appellees